In The United States District Court
For The District Of Delaware

Ronald G. Johnson #182421 Inmate Number
At Howard R. Young Correctional Institution
1301 E. 12th Street Wilmington, De 19809
    Petitioner
V.
    Respondents
State Of Delaware, Attorney
General Joseph R. Biden III
820 N. French Street
Wilmington De. 19809

Raphael Williams Warden Of
Howard R. Young Correctional Institution
1301 E 12th Street
Wilmington Delaware 19809

) Civil Action No. - 0 7 - 8 3 7 -
)
)
) Re: Family Court Of The State
) Of Delaware Criminal Action
) No: 0709008297 And
) Criminal Action No. 0709031240
) tw Consolidated Cases

## Petition For A Writ Of Habeas Corpus

Petitioner Ronald G. Johnson, herewith petitions that this Honorable Court issue a Writ of Habeas Corpus to Raphael William, Warden of Howard R. Young Correctional Institution and to Joseph R. Biden III Attorney General Of The State Of Delaware to test the Constitutionality and Validity of his Continued incarceration. Herewith Petitioner assert the following as facts and grounds supporting his Cause

### Juridiction

The District Courts has jurisdiction to issue a Writ of Habeas Corpus pursuant to 28 USC 2241(c)(3)

Pages 1-5

## Statement OF The Facts

The Family Court Judge has allowed my Case to be Continued "5 times Violating my Constitutional Right to a Speedy Trial".

At This time No trial date is set. Reason No Court date is set, My Commonlaw wife the assume Victim Witness will not Come to Court. "Therefore the Court has Continued my Case indeffinately" till she is arrested again and prosecuted again for not appearing again.

I am proceeding Pro-Se. Five time I appeared for trial, My Case was Continued without bring me before the Court. I am Proceeding Pro-Se I am entitle to appear and defend at every Hearing and Trial. "My Right to Appear at trial Hearing are being Violated and been Violated".

The Court allows the prosecuter to make Motions and Rule and Mandate on them without bring me in the Court room or giving me any notice. I am incarcerated I am returned to jail without being notified of what happened or when my next trial will be set.

"My Constitutional Rights to a Fair Hearing and fair trial is being Violated". I am not being brought in the Court on said trial dates therefore I Can not defense my self or my Case.

"My Due Process Rights have been Violated" I have Filed 4 Motions to Dismiss for failure to prosecute, Lack of victim witness and on Speedy Trial Grounds. "The Court refuse to address's my said Motions"

## Statement of The Claim

A Writ of "Habeas Corpus" is an extraordinary remedy issuable by trial Court to inquire into the Constitutionality and legality of persons detained or under restraint of their liberty. The purpose of Writ of Habeas Corpus is to benefit Prisoner, and Writ is designed to accomplish speedy inquiry into allegedly unConstitutional or unlawful detention of prisoners through summary judicial proceedings

Defendant assert the following that his Continued detention is "UnConstitutional #1 and illegal #2" for the following reasons. My Speedy Trial Right has been Violated I been to trial 5 times. I have No trial date If I do it will not resolve my Case because my Case will be Continued because the State has No Victim witness and my Case is being Continued indeffidately. The family Court do not respect my Right to Proceed Pro-Se and do not respect my Motions to Dismiss for failure to Prosecute lack of Victim witness and violation of my Speedy Trial Rights. My Constitutional Right to Represent my self and be Present at all Hearing are being violated. My Right to a fair Hearing is not respected I am not allow to appear in Court. My Due Process Rights are in violation of.

## Exhaustion of All Remedies

I have Filed 4 Motion to Dismiss my Charges for failure to Prosecute Speedy Trial Violations, Failure of Witness Victim to appear. I have File a Writ of Mandamus in Superior Court of the State of Delaware In And For New Castle Court got No reply. I filed for Writ of Habeas Corpus relief also in Superior Court

(3)

The Magistrate Judge and Clerk let me know that my Petitions was received but I got no response. I have wrote the Family Court on the issues. But nothing has been resolve.

## Concluding Above

Therefore I have No other Remedy the Seek Help from this Honorable Federal Court.

"Federal Habeas Corpus Relief Is Available For State Prisoner Challenging His Pre-trial Custody ON Speedy Trial Ground" Pursuant To 28 USC 2241-(c)(3)

I have no other remedy by which to challenge my Custody on Speedy Trial Grounds Seeing the States Court remedies have all fail or been unhelpfull.

"Petitioner Is Not Trying to Abort State Criminal Proceedings"

### Relief Sought

Petitioner Petitions this Honorable Court to inforce the State to provide its Constitutional obligation to provide a Speedy Trial.

### Relief Sought

Wherefore, Defendant Petitioner prays that Writ of Habeas Corpus be issued forthwith directed to Attorney General Joseph R. Biden III and Warden Raphael Williams of Howard R. Young Correctional Institution requiring them to produce the body of the defendant Petitioner before a judge of U.S. District Court, For The District of Delaware together with the alleged grounds and Cause of this detention, So that the Constitutionality and legality of his Confinement and detention may be inquired into with respect to

(4.)

the laws and such rights as guaranteed by the Constitution of Delaware and the United States.

~~Upon~~

## "Oath And Affidavit"

I Declare and Affirm under penalty of perjury that the foregoing is true and correct.

Affirm and Declared December 19, 2007    _Ronald Johnson_
                                              Signed

## "Certificate of Service"

I Declare and Affirm under penalty of perjury that a true and full Copy was serve on the Parties Below

Affirm and Declare December 19, 2007    _Ronald Johnson_
                                              Signed

### Parties Served

| | |
|---|---|
| State of Delaware Dept. of Justice Attorney General Joseph R. Biden III 820 N. French Street Wilmington De 19801 | Howard R. Young Correctional Institution - Warden Raphael William 1301 E. 12th Street Wilmington De 19809 |

(5.)

Ronald G. Johnson b
#182424 / H.R.Y.C.I.
1301 E. 12 street
Wilmington De 19809

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801

INMATE LEGAL MAIL