IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, : | |
| : | |
| Petitioner, : | |
| : | |
| v.  : | Civ. Act. No. 07-837-JJF |
| : | |
| RAPHAEL WILLIAMS, Warden, and : | |
| ATTORNEY GENERAL OF THE STATE : | |
| OF DELAWARE, : | |
| : | |
| Respondents. : | |

**O R D E R**

1. Petitioner Ronald G. Johnson ("Petitioner") was incarcerated at the Howard R. Young Correctional Institution in Wilmington, Delaware when he filed the pending Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241 ("Petition") challenging his pre-trial detention. (D.I. 1.) As explained in the Court's Order dated April 28, 2008, (D.I. 4.), it appears that Petitioner was released from custody, thereby rendering his Petition moot. Consequently, the Court ordered Petitioner to show cause in writing why the Petition should not be dismissed as moot by May 23, 2008, and explained that failure to file a timely response would result in the Court's ruling on the Petition as currently pending. Id. The record reveals that Petitioner has not complied with the Court's Order. Therefore, the Petition (D.I. 1.) is **DISMISSED** as moot. See (D.I. 4.)

2. The Court declines to issue a certificate of

appealability. <u>See</u> 28 U.S.C. § 2253(c)(2).

3. The Clerk is directed to close the case.

\_\_7-9-08\_\_  
DATE

_____/s/ Joseph J. Farnan Jr._____  
UNITED STATES DISTRICT JUDGE